

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION

UNITED STATES OF AMERICA
   upon the relation and
   for the use of the
TENNESSEE VALLEY AUTHORITY
Plaintiff

            v.

EASEMENTS AND RIGHTS
OF WAY OVER A TOTAL OF
1.24 ACRE OF LAND, MORE
OR LESS, IN CHEROKEE
COUNTY, NORTH CAROLINA

JOSEPH A. LEDFORD, ET AL.
Defendants

Civil Action No. _2:05cv205_

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. § 258a (2000), which authorizes the Court

"to give the Government immediate possession of the [condemned] property"

(*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it

is hereby Ordered that the Tennessee Valley Authority, as agent of the United

States of America, be put into immediate possession of the property described in

the Declaration of Taking filed in this action to the extent necessary to permit the

Tennessee Valley Authority to carry on any of its operations described in the

1

pleadings filed herein, and that the Defendants in such action surrender possession

of the said property to the Tennessee Valley Authority accordingly.

This __23rd__ day of __June__ , 2005.

_____
United States District Judge

003737941

2