IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:05cv205

| | | |
|---|---|---|
| UNITED STATES OF AMERICA upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY | ) ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| EASEMENTS AND RIGHTS OF WAY OVER A TOTAL OF 1.24 ACRES OF LAND, MORE OR LESS, IN CHEROKEE COUNTY, NORTH CAROLINA; and JOSEPH A. LEDFORD, *et al.*, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on the joint Motion for Mediation Before United States Magistrate Judge and the previous Order staying this matter. The parties and respective counsel appeared for a judicial settlement conference on August 31, 2006. After participating in such conference in good faith, an impasse was reached. Having concluded the judicial settlement conference, the court will now dissolve the previously entered Stay. The court appreciates the professionalism and diligence of respective counsel as well as the parties in conducting the conference.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the **STAY** previously entered in this case is **DISSOLVED**, and the parties are advised this matter is on for trial during the term of court beginning October 10, 2006, in Bryson City.

The Clerk of this court is respectfully advised to note the undersigned's recusal from further consideration of this case in accordance with Local Rule 16.3. The undersigned will, however, remain available to the parties if a judicial settlement conference needs to be resumed.

Signed: August 31, 2006

Dennis L. Howell
United States Magistrate Judge